UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAVETTE FOSTER,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**RASH, CURTIS & ASSOCIATES,**<br><br>　　　　Defendants. | Case No.: 4:17-cv-00684-YGR<br><br>**ORDER DENYING MOTION FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff and defendant have each filed a request to appear telephonically at the first case management conference scheduled in this case, set for May 15, 2017 at 2:00 p.m. Dkt. Nos. 17 and 18. Counsel base the requests on the inconvenience of traveling to the Oakland courthouse.

The requests to appear by telephone are **DENIED**. Pursuant to the undersigned judge's Standing Order in Civil Cases, telephonic appearances are allowed at initial case management conferences only upon a compelling showing of good cause. The routine inconveniences of travel do not constitute good cause.

If the parties believe this action does not warrant the expense associated with their required presence, they may consider reassignment to any magistrate judge *of their choice*. Profiles can be found at: http://www.cand.uscourts.gov/judges. Magistrate judges in this district carry significant consent cases and are more flexible than the undersigned. Any joint request for reassignment to a magistrate should be filed no later than the Wednesday before the scheduled case management

1 | conference.
2 | This Order terminates Docket Nos. 17 and 18.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: May 8, 2107

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**